The Honorable Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cv-01130-TSZ |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED MOTION RE: RELATIVE PRIORITY OF LIENS AGAINST SUBJECT PROPERTY BETWEEN UNITED STATES AND SNOHOMISH COUNTY** |
| GLEN A. STOLL; STOLL FAMILY TRUST; DIRECTOR OF THE FAMILY DEFENSE LEAGUE a.k.a. FAMILY DEFENSE LEAGUE a.k.a. FAMILY DEFENSE NETWORK a.k.a. FAMILY DEFENSE FUND; and SNOHOMISH COUNTY, | |
| Defendants. | |

Upon consideration of the Stipulated Motion Re: Relative Priority of Liens Against Subject Property Between United States and Snohomish County ("Stipulated Motion") filed by the United States of America and Snohomish County (Dkt. # 9), and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that the Court adopts the Stipulation set forth in the Stipulated Motion.

Dated this 18th day of October, 2022.

_____
Thomas S. Zilly
United States District Judge

Order Granting Stipulated Motion Re: Relative Priority Of Liens Against Subject Property Between United States and Snohomish County (Case No. 2:22-cv-01130-TSZ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366