UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>GLEN A. STOLL, et al.,<br><br>                Defendants. | C22-1130 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for extension, docket no. 23, is GRANTED, and the Joint Status Report is due by March 14, 2023, the Federal Rule of Civil Procedure 26(f) Conference Deadline is February 28, 2023, and the Initial Disclosure Deadline is March 14, 2023.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and defendant Glen A. Stoll.

Dated this 27th day of December, 2022.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 1