UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>GLEN A. STOLL, et al.,<br><br>                    Defendants. | C22-1130 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The motion to dismiss, docket no. 18, filed by defendant Glen A. Stoll ("Defendant Stoll") is RENOTED to April 21, 2023.

(2)     The United States' motion for entry of default against defendants Stoll Family Trust and the Director of the Family Defense League, docket no. 21, is RENOTED to April 21, 2023.

(3)     In his affidavit, docket no. 26, Defendant Stoll explains that he has continued to seek legal counsel for all defendants without success. If Defendant Stoll wishes to be represented by counsel, he must arrange for an attorney to file a notice of appearance by April 14, 2023. Similarly, if defendants Director of the Family Defense League and the Stoll Family Trust wish to be represented by counsel, the entities shall arrange for an attorney to file a notice of appearance by April 14, 2023. No further extension will be granted. If an attorney appears on behalf of Defendant Stoll, the attorney may file a supplemental reply in support of Defendant Stoll's motion to dismiss, docket no. 18, on or before April 21, 2023. No additional brief shall be filed by the United States unless requested by the Court.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and Defendant Stoll.

Dated this 16th day of February, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2