UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff,

  v.

GLEN A. STOLL, et al.,

           Defendants.

C22-1130 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The "Request to Dismiss for Failure to State a Claim," docket no. 38, filed by defendant Glen A. Stoll ("Stoll") is DENIED.[1]  On November 25, 2022, Stoll filed a document titled "Foreign Plea in Abatement," docket no. 18.  In that document, Stoll provided that "[n]o jurisdiction of law has been declared, and my jurisdictional challenge is hereby being made known [to the Court]."  Docket no. 18 at 2.  The Court construed Stoll's Foreign Plea in Abatement as a motion to dismiss for lack of subject-matter jurisdiction and denied the motion by Minute Order entered April 25, 2023, docket no. 34.  Stoll now contends that the Court misconstrued his Foreign Plea in Abatement.  *See* Docket no. 38 at 1.  According to Stoll, the Foreign Plea in Abatement was actually a motion to dismiss for failure to state a claim upon which relief can be granted.  *See id.*

---

[1] The United States commenced this action on August 12, 2022.  Stoll is proceeding pro se and has informed the Court on multiple occasions of his attempts to secure counsel.  *See*, *e.g.*, Docket nos. 15 & 30.  Stoll now represents to the Court that he has identified an attorney willing to represent him in this matter.  *See* Docket no. 38 at 2.  Although the attorney is licensed in Washington, he is not admitted to practice before the Western District of Washington.  *See id.*  The Court notes that it has already provided Stoll multiple extensions of time to obtain counsel in this action.  *See* Minute Order (docket no. 24) (providing Stoll until February 1, 2023, to obtain counsel); Minute Order (docket no. 28) (providing Stoll until April 14, 2023, to obtain counsel).  The attorney identified in the document cannot represent Stoll in this action unless and until he is admitted to practice before the Western District of Washington.  The Joint Status Report remains due on August 11, 2023.

MINUTE ORDER - 1

The Foreign Plea in Abatement, however, did not argue that the United States failed to state a claim, and the Court concludes that it properly construed Stoll's earlier motion. Stoll has provided no basis for the Court to dismiss the United States' claims against him at this time.[2]

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and defendant Stoll.

Dated this 1st day of August, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[2] Attached to Stoll's "Request to Dismiss for Failure to State a Claim," docket no. 38, are multiple income tax returns, docket no. 39. The Court has not considered these documents when ruling on the present motion. *See* Fed. R. Civ. P. 12(d).

MINUTE ORDER - 2