1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

UNITED STATES OF AMERICA,

Plaintiff,

v.

GLEN A. STOLL, et al.,

Defendants.

C22-1130 TSZ

MINUTE ORDER

12

13

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

14

15

(1)    Defendant Glen A. Stoll's unopposed request for an extension is GRANTED, and the parties shall have until August 18, 2023, to submit their Joint Status Report.  The deadline for Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is similarly extended to August 18, 2023.

16

17

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and defendant Glen A. Stoll.

18

Dated this 10th day of August, 2023.

19

20

21

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

22

23

MINUTE ORDER - 1