The Honorable Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cv-01130-TSZ |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME ON REMAINING CASE SCHEDULE DATES** |
| GLEN A. STOLL; STOLL FAMILY TRUST; DIRECTOR OF THE FAMILY DEFENSE LEAGUE a.k.a. FAMILY DEFENSE LEAGUE a.k.a. FAMILY DEFENSE NETWORK a.k.a. FAMILY DEFENSE FUND; and SNOHOMISH COUNTY, | |
| Defendants. | |

Upon consideration of the United States' and Glen A. Stoll's Stipulated Motion for Extension of Time on Remaining Case Schedule Dates ("Motion"), and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

///

///

///

///

///

///

///

1

IT IS FURTHER ORDERED that the remaining case schedule dates are extended as follows:

| | |
|---|---|
| Deadline for amending pleadings | April 26, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | April 26, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | June 17, 2024 |
| Discovery completed by | July 29, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | August 26, 2024 |
| All motions related to expert witnesses (*e.g.*, a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | September 3, 2024 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | October 15, 2024 |
| Trial Briefs and Agreed Pretrial Order due | October 29, 2024 |
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to CR32(e) due | October 29, 2024 |
| Pretrial conference to be held at **10:00 AM** on | November 8, 2024 |
| Bench Trial | November 18, 2024 |

Dated this 27th day of February, 2024.

*/s/ Thomas S. Zilly*
UNITED STATES DISTRICT COURT JUDGE