1

The Honorable Thomas S. Zilly

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

UNITED STATES OF AMERICA,  )
                            )  Case No. 2:22-cv-01130-TSZ
           Plaintiff,       )
                            )
       v.                   )  **ORDER GRANTING STIPULATED**
                            )  **MOTION FOR EXTENSION OF**
                            )  **TIME ON REMAINING CASE**
GLEN A. STOLL; STOLL FAMILY TRUST;  )  **SCHEDULE DATES**
DIRECTOR OF THE FAMILY DEFENSE  )
LEAGUE a.k.a. FAMILY DEFENSE  )
LEAGUE a.k.a. FAMILY DEFENSE  )
NETWORK a.k.a. FAMILY DEFENSE  )
FUND; and SNOHOMISH COUNTY,  )
                            )
           Defendants.      )
_____ )

11

12

13

14

15

16

17

18        Upon consideration of the Stipulated Motion for Extension of Time on Remaining Case

19   Schedule Dates ("Motion") filed by the United States of America, Glen A. Stoll, and the Stoll

20   Family Trust, and for good cause shown, IT IS HEREBY ORDERED that the Motion is

21   GRANTED.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

Order Granting Stip. Mot. for Extension of Time on
Remaining Case Schedule Dates
(Case No.  2:22-cv-01130-TSZ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

IT IS FURTHER ORDERED that the remaining case schedule dates are extended as follows:

| | |
|---|---|
| Deadline for amending pleadings | July 25, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 25, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | September 16, 2024 |
| Discovery completed by | October 28, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | November 25, 2024 |
| All motions related to expert witnesses (*e.g.*, a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | December 2, 2024 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | January 13, 2025 |
| Trial Briefs and Agreed Pretrial Order due | January 27, 2025 |
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to CR32(e) due | January 27, 2025 |
| Pretrial conference to be held at **10:00 AM** on | February 6, 2025 |
| Bench Trial | February 17, 2025 |

Dated this 1st day of May, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Order Granting Stip. Mot. for Extension of Time on
Remaining Case Schedule Dates
(Case No.  2:22-cv-01130-TSZ)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366