UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

GLEN A. STOLL, et al.,

          Defendants.

C22-1130 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to compel Stoll Family Trust to comply with subpoena deuces tecum, docket no. 50, is GRANTED as unopposed, *see* Local Civil Rule 7(b)(2). The Stoll Family Trust is ORDERED to produce complete responses to Plaintiff's subpoena, *see* docket no. 50-2 at 1–15, to Plaintiff no later than June 28, 2024. Failure to comply with this order may result in the imposition of sanctions.

(2) Plaintiff's motion to compel initial disclosures and discovery responses from Glen A. Stoll and for sanctions, docket no. 51, is GRANTED as unopposed in part, *see* Local Rule 7(b)(2), and DENIED in part. The motion is GRANTED as to Plaintiff's requests to compel initial disclosures and discovery responses from Glen A. Stoll. Glen A. Stoll is ORDERED to produce initial disclosures and complete responses to Plaintiff's discovery requests, *see* docket no. 51-2 at 1–42, to Plaintiff no later than June 28, 2024. All other requests for relief in the motion are DENIED. Failure to comply with this order may result in the imposition of sanctions.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of May, 2024.

                                                            Ravi Subramanian
                                                            Clerk

                                                            s/Laurie Cuaresma
                                                            Deputy Clerk