UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLEN A. STOLL; STOLL FAMILY TRUST; DIRECTOR OF THE FAMILY DEFENSE LEAGUE a/k/a FAMILY DEFENSE NETWORK; and SNOHOMISH COUNTY,

    Defendants.

C22-1130 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered May 24, 2024, docket no. 56, the Court ordered defendant Stoll Family Trust to respond to plaintiff's subpoena duces tecum dated December 22, 2023, docket no. 50-2, by June 28, 2024. On June 28, 2024, counsel for Janet Spangler, trustee of the Stoll Family Trust, filed the requisite response to plaintiff's subpoena duces tecum, but the Clerk noted that the document, docket no. 59, had been improperly filed because one of the signing attorneys (Joshua Curtis) had not formally appeared in the matter. On July 1, 2024, another version of the response, docket no. 60, bearing solely the name of Todd J. Cook with Beresford Booth PLLC, counsel of record for Stoll Family Trust, was filed. The Court is satisfied that Stoll Family Trust has complied with the Minute Order entered May 24, 2024. The Court notes, however, that Stoll Family Trust remains in default in this action, having failed to timely plead or otherwise tender a defense. *See* Order (docket no. 35).

(2) The Minute Order entered May 24, 2024, docket no. 56, also required that defendant Glen A. Stoll produce initial disclosures and respond to certain discovery requests, namely plaintiff's First Interrogatories, First Requests for Production, and First Requests for Admissions, docket no. 51-2 at 1–42. The Minute Order, however, did not

MINUTE ORDER - 1

direct the Clerk to send a copy to Stoll, and the docket does not reflect that any copy was provided to Stoll by the Court.  Plaintiff now moves for sanctions against Stoll, but confusion exists concerning which discovery requests Stoll was compelled to answer.  <u>See</u> Pl.'s Mot. at 2 (docket no. 61).  Plaintiff clarifies that, in its earlier motion, it had not requested responses to its First Requests for Admissions because the matters set forth therein were deemed admitted by Stoll's failure to timely answer or object.  <u>See</u> <u>id.</u> (citing Fed. R. Civ. P. 36(a)(3)).  Plaintiff further suggests that the prior Minute Order required Stoll to respond to its Second Interrogatories, docket no. 51-2 at 58–64, <u>id.</u>, notwithstanding that the Minute Order indicated "[a]ll other requests for relief in the motion are DENIED."  Minute Order at ¶ 2 (docket no. 56).  Given this procedural history, the Court hereby DIRECTS and ORDERS as follows:

  (a) Glen A. Stoll is deemed to have admitted all matters set forth in plaintiff's First Requests for Admissions, docket no. 51-2 at 30–42, by virtue of having failed to timely respond to such discovery requests.  <u>See</u> Fed. R. Civ. P. 36(a)(3) ("A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney.").

  (b) Glen A. Stoll is ORDERED to respond to plaintiff's (i) First Interrogatories, docket no. 51-2 at 2–13, (ii) Second Interrogatories, docket no. 51-2 at 58–64, and (iii) First Requests for Production, docket no. 51-2 at 15–28, **on or before September 30, 2024**.

  (c) Plaintiff's motion for sanctions, docket no. 61, is STRICKEN without prejudice to refiling if appropriate and necessary.

  (3) Plaintiff's motion to compel, docket no. 57, to which no response was filed,[1] is GRANTED as follows.  Defendant Director of the Family Defense League a/k/a Family Defense Network is DIRECTED to appear at the United States Courthouse, 700 Stewart Street, in Courtroom 15206 on the 15th Floor, **on September 30, 2024, at 10:00 a.m.**, and to bring for production the materials responsive to plaintiff's subpoena duces tecum dated April 3, 2024, docket no. 57-2 at 2–15.  In the alternative, defendant

---

[1] The Court notes that default has already been entered against defendant Director of the Family Defense League for failure to timely plead or otherwise defend in this action.  <u>See</u> Order (docket no. 35).  The Court further notes that defendant Director of the Family Defense League is a business entity, which has so far failed to retain counsel and which cannot represent itself.  <u>See</u> Minute Order at ¶ 2 (docket no. 34); <u>see also</u> Local Civil Rule 83.2(b)(4).  Notwithstanding the expired deadline for obtaining counsel and the entry of default, defendant Director of the Family Defense League may still arrange for an attorney to file a notice of appearance on its behalf in this matter, and it is strongly encouraged to do so.

MINUTE ORDER - 2

Director of the Family Defense League may send the materials responsive to plaintiff's subpoena duces tecum dated April 3, 2024, docket no. 57-2 at 2–15, to counsel for plaintiff, Yen Jeannette Tran, via first-class mail postmarked at least five (5) days before, or via email on or before, **September 23, 2024**.  If plaintiff's counsel advises the Court that responsive materials were received on or before September 23, 2024, the hearing set for September 30, 2024, will be stricken.  If responsive materials are not provided via first-claim mail or email and defendant Director of the Family Defense League fails to appear for the hearing on September 30, 2024, the Court will impose sanctions.

   (4) The following deadlines are sua sponte EXTENDED as follows:

    (a) The deadline for filing motions related to discovery is EXTENDED from September 16, 2024, to October 15, 2024; and

    (b) The deadline for completing discovery is EXTENDED from October 28, 2014, to November 18, 2025.

All other dates and deadlines set forth in the Order entered May 1, 2024, docket no. 55, shall remain in full force and effect.

   (5) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.  The Clerk is further DIRECTED to send a copy of this Minute Order, the Minute Order entered May 24, 2024, docket no. 56, and the discovery requests identified in Paragraphs 2(a) and 2(b), above, to Glen A. Stoll via (i) first-class mail; (ii) certified or registered mail, return receipt requested; **and** (iii) email, as follows:

- Glen A. Stoll  
  16910 – 59th Ave NE, Suite 210  
  Arlington, WA 98223

- Glen A. Stoll  
  7311 Grove St SE  
  Marysville, WA 98270

- glen@churchcounsel.org

- glenstoll50@gmail.com

The Clerk is further DIRECTED to send a copy of this Minute Order and the subpoena duces tecum dated April 3, 2024, docket no. 57-2 at 2–15, to Director of the Family Defense League a/k/a Family Defense Network via (i) first-class mail; (ii) certified or registered mail, return receipt requested; **and** (iii) email, as follows:

MINUTE ORDER - 3

- Director of the Family Defense League a/ka/ Family Defense Network
  c/o Glen A. Stoll, Governor
  c/o Steven Kish, Registered Agent
  16910 – 59th Ave NE, Suite 210
  Arlington, WA 98223

- glen@churchcounsel.org

- glenstoll50@gmail.com

Dated this 23rd day of August, 2024.

                        Ravi Subramanian
                        Clerk

                        s/Laurie Cuaresma
                        Deputy Clerk

MINUTE ORDER - 4