UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLEN A. STOLL; STOLL FAMILY TRUST; DIRECTOR OF THE FAMILY DEFENSE LEAGUE a/k/a FAMILY DEFENSE NETWORK; and SNOHOMISH COUNTY,<br><br>Defendants. | C22-1130 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The hearing scheduled for **September 30, 2024, at 10:00 a.m.**, will be conducted virtually via the ZoomGov platform. All counsel and pro se parties will be provided the link via email. Telephonic participation (*i.e.*, with a landline or cellular phone) via the ZoomGov platform will also be permitted. Glen Stoll may participate both individually and in his capacity as governor for defendant Director of the Family Defense League a/k/a Family Defense Network.

(2) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record. The Clerk is further DIRECTED to send a copy of this Minute Order to Glen A. Stoll via first-class mail **and** email, as follows:

- Glen A. Stoll, individually and as governor of Family Defense League
  16910 – 59th Ave NE, Suite 210
  Arlington, WA 98223

MINUTE ORDER - 1

- glen@churchcounsel.org
- glenstoll50@gmail.com

Dated this 25th day of September, 2024.

                                         Ravi Subramanian
                                         Clerk

                                         s/Laurie Cuaresma
                                         Deputy Clerk

MINUTE ORDER - 2