UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

GLEN A. STOLL; STOLL FAMILY TRUST; DIRECTOR OF THE FAMILY DEFENSE LEAGUE a/k/a FAMILY DEFENSE NETWORK; and SNOHOMISH COUNTY,

　　　　　　　Defendants.

C22-1130 TSZ

MINUTE ORDER

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　By oral ruling during virtual proceedings conducted on September 30, 2024, the Court set a deadline of October 11, 2024, for defendant Glen A. Stoll to arrange for an attorney to appear in this action on his behalf. <u>See</u> Minute Entry (docket no. 70). On October 11, 2024, a document was filed purporting to be the notice of appearance by Ted Jensen of Phoenix Legal Services on behalf of Glen Stoll in his capacity as the Director of the Family Defense League. <u>See</u> Notice (docket no. 72). Ted Jensen, however, is not admitted to practice in the United States District Court for the Western District of Washington, and he is not a member of the Washington State Bar Association. The Court suspects that Ted Jensen is not a lawyer, and he might not be a real person. The address provided in the "Notice of Appearance," 2202 Oakes Avenue in Everett, Washington, appears to be a single-family residence, as opposed to an office building or commercial structure, that was purchased in March 2024 by a couple, who is seemingly unrelated to Ted Jensen, and then transferred to Eli's House LLC, a Washington limited liability company with its principle place of business in Las Vegas, Nevada. The afore-

MINUTE ORDER - 1

mentioned deadline having expired without defendant Glen Stoll's compliance, Glen Stoll will continue to be considered as proceeding pro se, defendant Director of the Family Defense League a/k/a Family Defense Network will be treated as having not appeared in this action, and the entry of default against defendant Director of the Family Defense League, *see* Order (docket no. 35), shall remain in full force and effect.

(2) In the joint status report that is due on October 30, 2024, the parties shall address whether the trial date should be stricken and a deadline should be set for the Government to file a dispositive motion and, if so, when the Government will be ready to present such motion.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of October, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2