UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GLEN A. STOLL; STOLL FAMILY TRUST; DIRECTOR OF THE FAMILY DEFENSE LEAGUE a/k/a FAMILY DEFENSE NETWORK; and SNOHOMISH COUNTY,<br><br>        Defendants. | C22-1130 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    On January 13, 2025, the Clerk's Office received an email from defendant Glen A. Stoll. The email referenced an attachment, but no document accompanied the email. Stoll is hereby ADVISED that emails are not a proper method of communicating with the Court. Emails are not preserved and are not part of the record before the Court. On this particular occasion, the Court will make arrangements to docket a copy of Stoll's email, but all future emails will not be considered. If Stoll wishes to file materials electronically, he must make arrangements to pay the requisite fee and create an account to access the Case Management and Electronic Case Filing ("CM/ECF") system. Instructions for pro se litigants concerning CM/ECF registration are available on the Court's website at https://www.wawd.uscourts.gov/sites/wawd/files/External_User_Registration_Manual_prose.pdf. The CM/ECF Help Desk may be reached on weekdays between 8:00 a.m. and 5:00 p.m. at (206) 370-8440 or (866) 323-9293. Stoll may continue to submit materials in paper or hard copy form by sending them to the Clerk's Office, United States Courthouse, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

MINUTE ORDER - 1

(2) The Clerk is DIRECTED to docket the email received from Stoll on January 13, 2025, as a response to the Government's motion for summary judgment, docket no. 80. The Government may file a reply to Stoll's email, which shall not exceed five (5) pages in length, on or before February 3, 2025. No further materials shall be filed or submitted to the Court in connection with the Government's motion for summary judgment, docket no. 80, unless requested by the Court.

(3) The Government's motion for summary judgment and default judgment, docket no. 80, is RENOTED to February 3, 2025, and it will be considered together with defendant Stoll Family Trust's pending motion to set aside default, docket no. 83, which was noted improperly when filed, but is currently noted for February 3, 2025, with any response due on January 28, 2025, and any reply due on the noting date. *See* LCR 7(d).

(4) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record and to defendant pro se Glen A. Stoll via both email and U.S. mail.

Dated this 21st day of January, 2025.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2